# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of December, two thousand and fifteen.

Before:     Susan L. Carney,
                *Circuit Judge*

_____

United States of America,

    Appellee,

      v.

Jerome O'Hara, George Perez, Daniel Bonventre, Annette Bongiorno, Joann Crupi,

    Defendants-Appellants.

_____

**ORDER**

Docket No. 14-4714 (L),
14-4715 (Con), 14-4716 (Con),
14-4719 (Con), 15-0050 (Con)

    Defendants-Appellants jointly move to extend their time to file reply briefs to January 25, 2016 and to file reply briefs up to 12,500 words. The Government consents to the requested relief.

    IT IS HEREBY ORDERED that the motion is GRANTED.

                                                For the Court:

                                                Catherine O'Hagan Wolfe,
                                                Clerk of Court

